IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

UNITED STATES OF AMERICA                                PLAINTIFF

V.                         NO. 12CR3080

LELAND WALLACE CRULL                                    DEFENDANT

## O R D E R

On this 13th day of January 2014, there comes on for consideration the report and recommendation filed in this case on December 12, 2013, by the Honorable David P. Rush, United States Magistrate for the Western District of Missouri. (Doc. 36). Also before the Court are Defendant's objections (doc. 37).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's Motion to Exclude Statements (doc. 28) is DENIED.

IT IS SO ORDERED.

                                      /s/ Robert T. Dawson
                                      Honorable Robert T. Dawson
                                      United States District Judge